UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTRELLA G. ABALOS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., et al.,<br><br>　　　　Defendants. | Case No. 13-cv-00681-JST<br><br>**ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED WITH PREJUDICE PURSUANT TO RULE 41(B)** |

Plaintiffs in this matter failed to appear at the case management conference scheduled for May 29, 2013. See Civil Minutes, ECF No. 13; see also Clerk's Notice, ECF No. 9. Plaintiffs Estrella Abalos, Jose Abalos, and Rolando Lavarias then failed to follow the Court's order to file an amended complaint by July 17, 2013. See ECF No. 14.

The Court hereby issues an ORDER TO SHOW CAUSE why Plaintiffs' claims should not be dismissed with prejudice for failure to prosecute and failure to follow court orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held on Friday, August 2, 2013, at 2:00 P.M., at 450 Golden Gate Avenue, San Francisco, California, 19th Floor, Courtroom 9. If plaintiffs fail to appear, the case will be dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 19, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge